UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PAUL RYKARD, )<br>)<br>     Petitioner, )<br>v. )<br>)<br>JEFF WRIGLEY, )<br>)<br>     Respondent. ) | No. 1:09-cv-1109-SEB-DML |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 03/25/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul Rykard
#139111
New Castle Correctional Facility
Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN  47362

kelly.miklos@atg.in.gov